# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DISTRICT

| | |
|---|---|
| In re | Chapter 11 |
| SUBIR MAITRA, | Case No. 10-22107 |
| Debtor. | Hon. Jack B. Schmetterer |

*Agreed*

## ORDER EXTENDING TERMS OF AGREED INTERIM ORDER AUTHORIZING THE LIMITED USE OF CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION

This matter coming before the Court on the continued status hearing with respect to the Debtor's continued use of cash collateral on an interim basis pursuant to the terms of the Agreed Interim Order Authorizing the Limited Use of Cash Collateral and Granting Adequate Protection entered by this Court on August 20, 2010 [Docket No. 40] (the "Interim Order"), as such Interim Order having been continued from time to time. The Court finding notice to be sufficient and being otherwise fully advised in the premises,

IT IS HEREBY ORDERED THAT:

1. The terms of the Interim Order remain in full force and effect and are hereby continued in their entirety to and including the close of business on November 5, 2010 Accordingly, the use of Cash Collateral authorized herein and pursuant to the Interim Order shall terminate on Nov. 5, 2010 at 12:00 midnight, prevailing Central Standard Time, subject to the Debtor's right to seek further order of the Court authorizing use of Cash Collateral or a final order regarding the use of Cash Collateral.

1

2.  The Court shall conduct a further status hearing with respect to the Debtor's continued use of cash collateral pursuant to the terms of this Order on __Nov 2, 2010__ at __10:30 AM__ at the United States Bankruptcy Court, 219 South Dearborn Street, Courtroom 682, Chicago, Illinois.

Dated: __10/5/10__    ENTERED:

_____
U.S. Bankruptcy Judge

OCT 0 5 2010